UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH M. HERNANDEZ, | CV F 04-6614 OWW WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| RICHARD KIRKLAND, | [Doc. 15] |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 17, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on September 22, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de novo</u> review of this case. See <u>Britt v. Simi Valley Unified School Dist</u>., 708 F.2d 452, 454 (9th Cir. 1983). The Magistrate Judge recommended that Respondent's motion to dismiss be granted and

that this petition be dismissed as a mixed petition containing both exhausted and unexhausted claims.  Petitioner now objects to the findings and recommendations on the ground that the Magistrate Judge did not inform him of the right to proceed on his unexhausted claims, claiming that Respondent waived exhaustion as to the second claim.  This objection is without merit.  The Magistrate Judge expressly found that the petition contained both exhausted and unexhausted claims <u>and</u> that the exhausted claims (claims 1 and 2) were not cognizable on federal habeas because they are state law claims.  Thus, although claims 1 and 2 were exhausted, Petitioner cannot go forward with these claims.  Vaden v. Summerhill, 449 F.3d 1047, 1050-51 (9th Cir. 2006).

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on August 17, 2006, are a adopted in full;
2. Respondent's motion to dismiss is GRANTED;
3. This petition is DISMISSED as a mixed  petition containing both exhausted and unexhausted claims;
4. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   December 16, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE